UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONALD RAY ATWELL

VERSUS

COMMISSIONER OF
THE SOCIAL SECURITY
ADMINISTRATION

CIVIL ACTION

NO. 13-64-JWD-RLB

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report and Recommendation dated February 3, 2015 (Doc. 16), to which no objection was filed. Accordingly,

**IT IS ORDERED** that the Court that the decision of the Commissioner is AFFIRMED. Plaintiff's Motion for Summary Judgment (R. Doc. 12) is DENIED, and Plaintiff's appeal is DISMISSED with prejudice.

Signed in Baton Rouge, Louisiana, on February 23, 2015.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**